IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To

REGGY TAYLOR, Individually, KATHY : CIVIL ACTION NO. MDL 875
LANE, Individually, and ROBERT M. :
TAYLOR, Individually and as Personal : EDPA CIVIL ACTION NO. 09-cv-80102
Representative of the Estate of Rose Taylor :
Deceased,
     Plaintiffs,
 v.

LUCENT TECHNOLOGIES NC, et al.

     Defendants.

## ORDER

**AND NOW**, this 31st day of January, 2011, upon consideration of Defendant's motion to determine the sufficiency of Plaintiffs' answers to Defendant's second requests for admissions (Doc. 97), and Plaintiffs' motions for leave to file supplemental declarations of their expert reports in support of their responses to Defendant's motions in limine and for summary judgment (Docs. 106, 107.), along with their respective responses and replies, it is **HEREBY ORDERED THAT**:

  1. Defendant's "Motion to Determine the Sufficiency of Answers 1-15 to Defendant's Second Request for Admissions and Deem Insufficient Answers as Admitted Pursuant to Fed.R.Civ. 36(a)(6)" (Doc. 97) is **DENIED,** Plaintiffs' objections to Defendant's requests for admission are **SUSTAINED**, and Plaintiffs' answers to Defendant's requests for admission are **DEEMED SUFFICIENT.**

2. Plaintiffs' motions for leave to supplement the record in support of their responses to Defendant's motions in limine and for summary judgment (Docs. 106, 107) are **GRANTED**.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE